2017R00144/JMD

RECEIVED

September 15, 2020

At: 8:30_____.m

WILLIAM T. WALSH

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 20-780 (MAS) |
| | : | |
| ANCHI HOU | : | 18 U.S.C. § 1832(a)(3) |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

From in or about July 2016 through December 5, 2016, in Middlesex County, in the District of New Jersey, and elsewhere, defendant

**ANCHI HOU**

with intent to convert a trade secret to the economic benefit of someone other than the owner, knowingly and without authorization did possess one or more trade secrets belonging to Victim Company-1, to wit documents containing proprietary scientific, technical, and engineering information pertaining to flexographic printing plate technology, such trade secrets being related to products and services used in and intended for use in interstate commerce, intending and knowing that the offense would injure Victim Company-1 and knowing that the proprietary information was stolen and appropriated, obtained, and converted without authorization.

In violation of Title 18, United States Code, section 1832(a)(3).

_____
CRAIG CARPENITO
United States Attorney

CRIMINAL NUMBER: <u>20-780 (MAS)</u>

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**ANCHI HOU**

# INFORMATION FOR

18 U.S.C. § 1832(a)(3)

CRAIG CARPENITO
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

JAMES DONNELLY
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-2089